**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-7371**

_____

PETER K. MUKURIA,

Plaintiff - Appellant,

v.

HAROLD CLARKE, Head Director of VDOC; RANDALL MATHENA, Warden; Red Onion State Prison; DAVID ROBINSON, Chief of Corrections Operation; GERALD KEITH WASHINGTON, Regional Operations Chief; JEFFREY ARTRIP, EBP Manager Red Onion State Prison; DUAL TREATMENT TEAM, Red Onion State Prison,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James P. Jones, District Judge. (7:15-cv-00172-JPJ-RSB)

_____

Submitted: November 30, 2017                    Decided: December 19, 2017

_____

Before NIEMEYER, DUNCAN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Peter K. Mukuria, Appellant Pro Se. Nancy Hull Davidson, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peter K. Mukuria appeals the district court's order granting summary judgment to Defendants on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mukuria v. Clarke*, No. 7:15-cv-00172-JPJ-RSB (W.D. Va. Sept. 27, 2016). We deny Mukuria's motions to appoint counsel and to file an exhibit. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*